**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Samuel Bishop

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BISHOP, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG CONSULTING, LLC,<br><br>Defendant. | Case No.:  2:24-cv-07584-HDV-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41a(1) WITHOUT PREJUDICE** |

//

//

//

//

- 1 -

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Plaintiff SAMUEL BISHOP ("Plaintiff"), by and through his attorneys, hereby voluntarily dismisses this action against Defendant YOUNG CONSULTING, LLC ("Defendant"), in its entirety without prejudice.

Dated: February 6, 2026

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
Mona Amini, Esq.

*Attorneys for Plaintiff*

- 2 -

NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41a(1) WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I am over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On February 6, 2026, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41a(1) WITHOUT PREJUDICE**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Mona Amini

MONA AMINI, ESQ.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41a(1) WITHOUT PREJUDICE